AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __MASSACHUSETTS__

DANIEL BUBB

v.

DAVID B. HORTON, and
SEAFOOD SERVICES, INC.
d/b/a MACLEAN'S SEAFOOD

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04-10172 RGS**

TO: (Name and address of defendant)

Seafood Services d/b/a
Maclean's Seaffod
10 North Front Street
New Bedford, Massachusetts 02740

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David S. Smith
Cianciulli & Ouellette
163 Cabot Street
Beverly, MA 01915

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

JAN 26 2004

DATE

(BY) DEPUTY CLERK

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

Bristol, ss.

February 18, 2004

I hereby certify and return that on 2/17/2004 at 12:38 pm I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Nathaniel Horton, agent, person in charge at the time of service for Seafood Services, Inc., dba Maclean's Seafood, 10 North Front Street, New Bedford, MA. Copies ($2.00), Conveyance ($0.75), Travel ($22.70), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $63.20

Deputy Sheriff Michael P. Young

*(Deputy Sheriff)*

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.