UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL BUBB,<br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>DAVID B. HORTON, and<br>SEAFOOD SERVICES, INC. d/b/a<br>MACLEAN'S SEAFOOD,<br>    Defendants/Counterclaim Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION<br>NO.: 04-10172-RGS |

**PLAINTIFF/COUNTERCLAIM DEFENDANT'S ANSWER TO COUNTERCLAIM**

Plaintiff/Counterclaim Defendant, Daniel Bubb answers the Defendant/Counterclaim Plaintiff's counterclaims as follows:

1. Admit.

2. Plaintiff/Counterclaim Defendant admits that he was the President of Danny's Fishco, Inc. and that he is the successor in interest to Danny's Fishco, Inc.

3. Admit.

4. Plaintiff/Counterclaim Defendant admits that Danny's Fishco, Inc. would supply the Defendant/Counterclaim Plaintiff with fish and denies the remainder of the allegations contained in paragraph 4.

5. Denied.

6. Plaintiff/Counterclaim Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Defendant/Counterclaim Plaintiff's Counterclaim.

7. Denied.

answer.doc

8. Plaintiff/Counterclaim Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Defendant/Counterclaim Plaintiff's Counterclaim.

9. Denied.

10. Denied.

11. Plaintiff/Counterclaim Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Defendant/Counterclaim Plaintiff's Counterclaim.

12. Plaintiff/Counterclaim Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of Defendant/Counterclaim Plaintiff's Counterclaim.

### Count I

13. The Plaintiff/Counterclaim Defendant restates and reavers the answers contained in Paragraphs 1 through 12 of this Answer and incorporates the same by reference as if fully set forth herein.

14. Denied.

15. Denied.

### Count II

16. The Plaintiff/Counterclaim Defendant restates and reavers the answers contained in Paragraphs 1 through 15 of this Answer and incorporates the same by reference as if fully set forth herein.

17. Denied.

18. Denied.

answer.doc

## CIANCIULLI & OUELLETTE
ATTORNEYS AT LAW AND PROCTORS IN ADMIRALTY
A Professional Association

163 CABOT STREET
BEVERLY, MASSACHUSETTS 01915

Stephen M. Ouellette*
Lori A. Cianciulli
----------
David S. Smith *

*Also Admitted in Maine

Telephone:   (978) 922-9933
Facsimile:   (978) 922-6142

E-mail: maritimeattorney@aol.com
http://www.candolawyers.com

March 12, 2004

Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:   Daniel Bubb v. David Horton, et. al.
      Civil Action No.: 04-10172RGS

Dear Sir or Madam:

Please find enclosed Plaintiff/Counterclaim Defendant Answer to Counterclaim. Kindly file and record same. Thank you for your time and attention in this regard.

Very truly yours,

David S. Smith

Enclosure

cc:   Michael Kehoe

ltr Court04.doc