AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

DANIEL BUBB

v.

DAVID B. HORTON, and
SEAFOOD SERVICES, INC.
d/b/a MACLEAN'S SEAFOOD

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 10172 RGS**

TO: (Name and address of defendant)

David B. Horton
128 Converse Road
Marion, Massachusetts 02738

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David S. Smith
Cianciulli & Ouellette
163 Cabot Street
Beverly, MA 01915

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_[signature]_

(BY) DEPUTY CLERK

DATE: JAN 26 2004

AO

NAI

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110
*Plymouth, ss.*

March 2, 2004

I hereby certify and return that on 2/26/2004 at 05:37 pm I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to David B. Horton at, 128 Converse Road, Marion, MA 02738. P&H (no mailing) ($1.00), Attest (1 copy) ($5.00), Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($22.70) Total Charges $63.20

Deputy Sheriff Gregory S. Kamon                              _____
                                                              Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

| TRAVEL | STATEMENT OF SERVICE FEES | |
|---|---|---|
| | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
            Date                                Signature of Server

                                               _____
                                               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.