UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL BUBB,                                      )
       Plaintiff/Counterclaim Defendant,  )        CIVIL ACTION
                                                  )        NO.: 04-10172-RGS
v.                                                )
                                                  )
DAVID B. HORTON, and                              )
SEAFOOD SERVICES, INC. d/b/a                      )
MACLEAN'S SEAFOOD,                                )
       Defendants/Counterclaim Plaintiffs. )

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties to the above-captioned action submit the following joint statement pursuant to Local Rule 16.1(D):

I. **DISCOVERY AND MOTION SCHEDULE**

    A. **Initial Disclosures**

        The parties agree to exchange the initial disclosures required under Federal Rule of Civil Procedure 26(a)(1) by May 7, 2004.

    B. **Merits Discovery**

        1. Merits discovery will commence on May 7, 2004, and will be completed on or before October 25, 2004.

        2. The parties agree to limit the number of depositions they may take, excluding keeper of the records depositions, to eight (8) each. Discovery will otherwise conform to the Federal Rules of Civil Procedure.

    C. **Experts**

        1. The Plaintiffs will identify their experts and produce all written expert reports on or before October 25, 2004.

        2. All discovery of the Plaintiffs' experts will be completed on or before November 29, 2004.

        3. The Defendant will identify its experts and produce all written expert reports on or before December 30, 2004.

1

      4.    All discovery of the Defendant's experts will be completed on or before January 31, 2005.

  **D.**  **Summary Judgment**

      1.    Motions for summary judgment, if any, will be filed on or before February 27, 2005.

      2.    Oppositions, if any, will be filed on or before March 26, 2005.

      3.    A hearing on all motions for summary judgment will be held subject to the Court's calendar.

  **E.**  **Trial**

  A pretrial conference and trial will be set after the resolution of any motions for summary judgment.

## II.  MAGISTRATE JUDGE

The parties do not consent to have this case referred to a magistrate judge.

## III.  MEDIATION

The parties agree to attend mediation through the Alternative Dispute Resolution program sponsored by the Federal District Court.

## IV.  CERTIFICATIONS

The required certifications will be submitted by April 22, 2004.

| Plaintiff, | Defendants, |
|---|---|
| **Daniel Bubb** <br> By his attorney <br> *(signature)* <br> Stephen M. Ouellette, Esquire <br> BBO No.: 543752 <br> David S. Smith, Esquire <br> BBO No.: 634865 <br> Cianciulli and Ouellette <br> 163 Cabot Street <br> Beverly, MA 01915 <br> Tel: (978) 922-9933 | **David Horton, et. al.** <br> By their attorney <br> *(signature)* <br> Michael Kehoe, Esquire <br> BBO No.: <br> Prescott, Bullard & McLeod <br> 558 Pleasant Street <br> New Bedford, MA 02740 <br> Tel: (508) 999-1351 <br> Fax: (508) 999-9433 |

**CIANCIULLI & OUELLETTE**
ATTORNEYS AT LAW AND PROCTORS IN ADMIRALTY
A Professional Association

163 CABOT STREET
BEVERLY, MASSACHUSETTS 01915

Stephen M. Ouellette*
Lori A. Cianciulli

David S. Smith *

*Also Admitted in Maine

Telephone:   (978) 922-9933
Facsimile:   (978) 922-6142

E-mail: maritimeattorney@aol.com
http://www.candolawyers.com

April 15, 2004

Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:   Daniel Bubb v. David Horton, et. al.
      Civil Action No.: 04-10172RGS

Dear Sir or Madam:

Please find enclosed the Joint Statement Pursuant to Local Rule 16.1(D). Kindly file and record same. Thank you for your time and attention in this regard.

Very truly yours,

David S. Smith

Enclosure

cc:   Michael Kehoe

ltr Court05.doc