UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10172-RGS

| | |
|---|---|
| Daniel Bubb<br>    Plaintiff/Counterclaim Defendant, | )<br>)<br>) |
| Vs. | )<br>) |
| David B. Horton and<br>Seafood Services, Inc. d/b/a<br>MacLean's Seafood<br>    Defendants/Counterclaim Plaintiffs | )<br>)<br>)<br>)<br>) |

### Defendants' Initial Disclosures

Now come the Defendants, **David B. Horton** and **Seafood Services, Inc. d/b/a MacLean's Seafood**, through and by their attorney, Michael A. Kehoe, and pursuant to Federal Rules and Local Rules of Civil Procedure, set forth the following information:

1. Individuals likely to have discoverable information the parties may use to support their claims or defenses:

   a. David B. Horton
      128 Converse Road
      Marion, MA  02738

   b. James C. Goncalo
      c/o MacLean's Seafood
      10 North Front Street
      New Bedford, MA  02740

   c. Toby Denault
      c/o MacLean's Seafood
      10 North Front Street
      New Bedford, MA  02740

   d. Daniel Bubb
      41 Clinton Avenue
      St. James, NY

   e. Keeper of Records for Registry of Deeds for the New York State County in which the real property styled 41 Clinton Avenue, St. James, New York is registered.

    2. Description of documents, data compilations and tangible things that are in the possession, custody or control of the Defendants:

       a. Written communications between Defendants and Plaintiff
       b. Corporate records of Seafood Services, Inc.
       c. Note and Mortgage from Plaintiff to Defendant, David B. Horton
       d. Financial information regarding disbursements made to Plaintiff
       e. Information relative to the trade/business custom of the seafood industry regarding relationships such as those alleged by Plaintiff

    3. Computation of Damages

       a. The Plaintiff borrowed $50,000 from the Defendant, David B. Horton, under the terms and conditions of a promissory note which had calculated interest at 12% per annum. Through the date of Plaintiff's refinancing, the amount owed on the aforesaid promissory note was $86,347.00.

       b. Plaintiff continually took advances on fish to be delivered. The advances exceeded the agreed upon compensation, leaving a balance owed by Plaintiff to Defendant, Seafood Services, Inc. of $100,552.25 plus interest of $54,298.22, for a total of $154,850.47.

    4. There is no insurance policy that covers this action.

                             David B. Horton and
                             Seafood Services, Inc.
                             d/b/a MacLean's Seafood,
                             by their attorney,

                             Michael A. Kehoe, Esquire
                             Prescott, Bullard & McLeod
                             558 Pleasant Street
                             New Bedford, MA 02740
                             B.B.O. #264240

DATED: June 11, 2004

COMMONWEALTH OF MASSACHUSETTS

    I, **Michael A. Kehoe**, attorney for the Defendants, **David B. Horton and Seafood Services, Inc. d/b/a MacLean's Seafood**, hereby state that I served the Defendants' Initial Disclosures on the Plaintiff, **Daniel Bubb**, by mailing, first class mail, a copy thereof, to David S. Smith, Esquire and Stephen M. Ouellette, Esquire, attorneys for the Plaintiff, at Cianciulli and Ouellette, 163 Cabot Street, Beverly, Massachusetts 01915, on this the 11 day of June, 2004.

                             Michael A. Kehoe, Esquire