UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10172-RGS

Daniel Bubb                                              )
    Plaintiff/Counterclaim Defendant,    )
                                                          )
Vs.                                                       )
                                                          )
David B. Horton and                                       )
Seafood Services, Inc. d/b/a                              )
MacLean's Seafood                                         )
    Defendants/Counterclaim Plaintiffs   )

## Stipulation of Dismissal

The parties herein have stipulated that this action on behalf of **Daniel Bubb**, Plaintiff herein, be dismissed as to Defendants, **David B. Horton** and **Seafood Services, Inc. d/b/a MacLean's Seafood**, and on behalf of Plaintiff in Counterclaim, **David B. Horton** and **Seafood Services, Inc. d/b/a MacLean's Seafood** as to Defendant in Counterclaim, **Daniel Bubb**.

**Daniel Bubb**,
by his attorney,

_____
David S. Smith, Esquire
Stephen M. Ouellette, Esquire
Cianciulli and Ouellette
163 Cabot Street
Beverly, MA 01915

**David B. Horton and
Seafood Services, Inc.
d/b/a MacLean's Seafood**,
by their attorney,

_____
Michael A. Kehoe, Esquire
Prescott, Bullard & McLeod
558 Pleasant Street
New Bedford, MA 02740
(508) 999-1351

DATED: July 8, 2004

FILED
CLERKS OFFICE
2004 JUL 22 P 1:14
U.S. DISTRICT COURT
DISTRICT OF MASS

# CIANCIULLI & OUELLETTE
ATTORNEYS AT LAW AND PROCTORS IN ADMIRALTY
A Professional Association

163 CABOT STREET
BEVERLY, MASSACHUSETTS 01915

Stephen M. Ouellette*
Lori A. Cianciulli
----------
David S. Smith *

*Also Admitted in Maine

Telephone: (978) 922-9933
Facsimile: (978) 922-6142

E-mail: maritimeattorney@aol.com
http://www.candolawyers.com

July 20, 2004

Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:   Daniel Bubb v. David Horton, et. al.
      Civil Action No.: 04-10172RGS

Dear Sir or Madam:

Please find enclosed the Stipulation of Dismissal. Kindly file and record same. Thank you for your time and attention in this regard.

Very truly yours,

David S. Smith

Enclosure

cc:   Michael Kehoe

ltr Court06.doc